**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-60434-CV-MIDDLEBROOKS/Augustin-Birch

ANDRES REYNALDO
DOMINGO PEREZ,

      Petitioner,

v.

PAMELA BONDI,
U.S. ATTORNEY GENERAL, et al.,

      Respondents.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on March 17, 2026. (DE 9).  The Report recommends granting in part Petitioner Andres Reynaldo Domingo Perez's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*).  Respondent filed objections to the Report on March 24, 2026 (DE 10). Petitioner has not filed a Reply; however, I find none to be necessary.

I have conducted a *de novo* review of the Report, the briefing on objections, applicable law, and the record as a whole.  Upon review, I agree with Magistrate Judge Augustin-Birch's conclusion that Mr. Domingo Perez's Petition should be granted. Accordingly, it is **ORDERED AND ADJUDGED** that:

  (1) Respondent's Objections to the Magistrate's Report (DE 10) are **OVERRULED**.

  (2) Magistrate Judge Augustin-Birch's Report (DE 9) is hereby **ADOPTED**.

  (3) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED**, as set forth in the Report. Accordingly, Respondent shall either afford

Petitioner a prompt, individualized bond hearing before an immigration judge or release Petitioner.

(4) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 27th of March, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge Augustin-Birch;
Counsel of Record;